RALPH OYAGUE, Appellant, v INCORPORATED VILLAGE OF MALVERNE et al., Respondents.

Decided September 13, 2012

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie where questions

other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).